PHILIP GRIFFITH *against* GEORGE WEST.

CERTIORARI.

Upon the argument of a *certiorari*, the plaintiff cannot assign as a cause of reversal, a specific reason, not stated among the reasons filed; unless there is a general reason filed, under which it can be fairly comprehended.

*White* moved to reverse the judgment for a cause not stated in the reasons filed.

*Sloan,* for defendant, objected that the reason urged for the reversal was not one of those filed, and that as there was no general reason filed, under which it could be fairly comprehended, to admit the plaintiff now to assign it, as a cause for reversal, would be a surprise upon the defendant.

CH. JUSTICE. Under a general reason assigned, the practice has been to allow the plaintiff to insist upon any error apparent on the face of the proceedings, saving the opposite party at all times from prejudice by surprise. In this case there is no general reason assigned; the reasons are all specific, and as no one covers the error now proposed, we cannot take notice of it.